IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HELEN ESPINOZA, SAVANNAH ESPINOZA,
AMOS ESPINOZA, VICTORIA ESPINOZA,
BRIAN PADILLA, RAMONA ROMERO ESPINOZA,

                          Plaintiffs,

vs.                                                    No. 11-CV-00808-PJK/LFG

FARMERS INSURANCE GROUP OF COMPANIES,
d/b/a FARMERS UNDERWRITERS ASSOCIATION,
FARMERS INSURANCE COMPANY OF ARIZONA,
ZURICH FINANCIAL SERVICES, THE HARTFORD
FINANCIAL SERVICES GROUP, INC. d/b/a THE
HARTFORD PROPERTY & CASUALTY INSURANCE
COMPANY OF HARTFORD, INTERSTATE
INDEMNITY COMPANY and FIREMAN'S
FUND INSURANCE COMPANY,

                          Defendants.

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION
TO APPROVE THE SETTLEMENT BENEFITTING THE MINOR CHILDREN

      THIS MATTER came before the court upon the parties' consent and request for the court's review and consideration of a settlement benefitting minor children. The court has reviewed the file, the report of the guardian ad litem, and chief magistrate judge's report and recommendation following a fairness hearing (Doc. 36). All parties have waived the opportunity to file objections to the report and recommendation.

      NOW, THEREFORE, IT IS ORDERED that the report and recommendation (Doc. 36) is adopted in full:

1.	The settlement benefitting Savannah Espinoza and Victoria Espinoza, minor children, is approved.

2.	After deduction for attorneys' fees and costs, all funds from the settlement benefitting the minor child shall be received by the children in periodic payments through a structured settlement as set forth in Exhibit "A" to the report and recommendation. The structured settlement annuities are integral and inseparable elements of the proposed settlement, and are essential to this court's determination of fairness.

3.	Upon funding of this settlement, these matters shall be dismissed upon motion by the Plaintiff, and the guardian ad litem shall be discharged.

DATED this 9th day of April 2012, at Santa Fe, New Mexico.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation